Good morning, Your Honors. Thank you so much for having me and thank you so much for your time. My goal today is to essentially try to get my day in court for a fair hearing. We were in the lower court and my former attorney missed a deadline and deadlines are very important. We do understand that but I'd like his actions to be reviewed as acceptable neglect or excusable neglect. When he missed a deadline we were ordered to do discovery for six months by the lower court in which the first four months we did everything in our power to meet those goals where the defense refused to respond to us at all. After the last complaint of COVID and they didn't have the financial or capable resources to do Zoom, we went and purchased 12 laptops and a server to host that meeting which was followed up by a motion to dismiss two months prior to our deadline and this is all operating under a prior order for no dispositive motions. After that motion when answered after a month they filed another motion to stay discovery and depositions which then went past our deadline. We didn't move any further than that. Two months after the deadline but one month before our scheduled status conference the court rescheduled us to a March 4th hearing done by teleconference. My lawyer's opinion or approach to this even though we argued with him to file that deadline to reopen we weren't in any further position than we were when we started and they showed a willingness to continue to litigate. Regardless of that we still haven't had one word of any of our merits discussed in any court forum so we can't see how there would be any positive or I'm sorry maybe prejudice to the yeah there couldn't be any prejudice to our case so without prejudice we our attorneys essentially went to this court filed us and dropped it on our lap and said we don't do appeals we're not gonna refile we don't want anything to do with this case anymore. The defendants are relying on the papers so they're not arguing today but my understanding is they did not oppose reopening before the district court do you know whether they did or not? There was a lot of communication between attorneys and the courts that we were not and my attorneys won't release the former attorneys won't release to us but the last note from the late Feuerstein was the case is closed and not to be reopened. Right but prior to that after the date was set and and I think it was what was it February 20th or something like that? February 20th of 2020 we were closed. Right right but but there was litigation that occurred after that that is parties were still doing discovery and making motions. We were attempting first thing was to do the actual depositions right and one of the plaintiffs in an associated case was deposed and then they didn't answer any further calls. So we offered ourselves at every point in time to be deposed myself especially because they wanted us to be deposed before they did and they never called they never asked we offered and they kept citing that they weren't able to get together. Okay okay so there was a it was it is confusing the cases are February but there there's still you're directed to continue discovery and the parties are making some. Yes not to complete by August 10th and not to reopen by August 20th. Right. So the judge wasn't treating the case as closed. She ordered that in my initial hearing in my initial conference. Right. Yeah but to continue with depositions and discovery. Yeah and on August 17th she grants a of discovery pending determination of the motions. Right which was now seven days after it needed to be completed. Yep I think we I think we understand the timeline. Okay thank you for your thank you for your argument and and I the next case sure similar